### (March 4, 1960)

■ MAX MANDELBAUM v. ARNOLD TROY et al.— Motion for stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before March 7, 1960, with notice of argument for March 15, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before March 11, 1960. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

### (March 7, 1960)

■ IRENE C. CONNELLY et al., v. REGENT PLUMBERS SUPPLY CO., INC.— Motion for leave to dispense with the printing of exhibits granted, except that the tenant-appellant is required to print from Exhibit 1 only the ordering paragraphs contained therein and is required to print paragraphs NINTH and TWENTY-THIRD of Exhibit 2 and paragraphs NINTH, TWENTY-THIRD and TWENTY-SIXTH of Exhibit 4. The original exhibits shall be filed with the Clerk of this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed. Appellant may serve and file the record on appeal and appellant's points on or before March 10, 1960, with notice of argument for the April 1960 Term of this court. In such event, respondents' points are to be served and filed on or before March 25, 1960. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ IRENE C. CONNELLY et al., v. REGENT PLUMBERS SUPPLY CO., INC.— Motion granted to the extent of vacating the stay contained in the order of this court, entered February 11, 1960. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

### (March 8, 1960)

■ SPIER CO., INC., Respondent, v. RETAIL REALTY, INC., Defendant-Appellant and Third-Party Plaintiff. BOWERY SAVINGS BANK, Third-Party Defendant.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD HASSEL, Appellant.— Judgment of conviction affirmed. Concur — Rabin, J. P., M. M. Frank, Stevens and Bastow, JJ.; McNally, J. dissents in part and votes to modify sentence by eliminating that portion of the judgment sentencing defendant to 30 days in the Workhouse on the ground that the sentence was excessive.

■ In the Matter of PATRICK J. TWOMEY, Respondent, against LEONARD CALVELLO, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of PATRICK J. TWOMEY, Respondent, against LEONARD CALVELLO, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ ANGELO DE GARO, Respondent, v. ANTOINETTE MARINO et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of the Guardianship of MARIANNE SCHMID, an Infant. LUDWIG SCHIFFER, Appellant; OSBORNE A. MCKEGNEY, as Special Guardian of MARIANNE SCHMID, an Infant, Respondent.— Decree unanimously modified, on the law, on the facts and in the exercise of discretion, to allow the sum of $600 legal fees, plus $39.10 disbursements, and, as so modified, affirmed, with $20